IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE SCOTT,

      Petitioner,                    No. CIV S-08-1953 EFB P

    vs.

MATTHEW CATE, et al.,

      Respondents.            ORDER

                              /

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

Petitioner challenges a conviction in the Kings County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

2. The Clerk of Court shall assign a new case number;

/////

/////

/////

/////

1

1       3.  All future filings shall bear the new case number and shall be filed at:

2              United States District Court
               Eastern District of California
3              2500 Tulare Street
               Fresno, CA 93721
4

5   DATED:  September 15, 2008.

6                                              _____
                                               EDMUND F. BRENNAN
7                                              UNITED STATES MAGISTRATE JUDGE

2